## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Lamar Brown, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 114 C.D. 2017 |
| | : | |
| John Wetzel, Douglas R. Sampsel, | : | |
| M.C. Garman, Steven Glunt, | : | |
| Jeffrey Rackovan, Samuel Condo, | : | |
| Heather Haldeman, Eric Tice, | : | |
| Dorina Varner, Keri Moore, | : | |
| SCI Rockview Administration | : | |

# **O R D E R**

NOW, April 3, 2018, having considered appellant's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge